BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SB 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
TOVA D. WOLKING
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: Tova.Wolking@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLESETTA LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:13-cv-01054-SAB (SS)<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME TO FILE AND SERVE THE CERTIFIED ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the time for Defendant to serve a copy of the certified administrative record (CAR) on Plaintiff and to file a copy with the Court be extended from January 24, 2014, to February 24, 2014. This is Defendant's first request for an extension of time.

    Defendant respectfully requests this additional time because the agency component responsible for production of the administrative records for civil court actions, Office of Disability Adjudication and Review (ODAR), has not yet been able to produce the certified administrative record for this matter. Following the October 2013 furlough, ODAR continues to work through a substantial backlog of cases. The Office of the General Counsel is working diligently with ODAR to

prioritize its substantial backlog of administrative records that must be produced for *thousands* of pending civil actions nationwide.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant apologizes to the Court for any inconvenience caused by this delay.

                                            Respectfully submitted,

Date: *January 23, 2014*         */s/ Michelle Jordana Shvarts*
                                            (as authorized via email on January 23, 2014)
                                            MICHELLE JORDANA SHVARTS
                                            Attorney for Plaintiff

                                            BENJAMIN B. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT, IL SB 6191786
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

Date: *January 23, 2014*         */s/ Tova Wolking*
                                            TOVA WOLKING
                                            Special Assistant United States Attorney

                                            Attorneys for Defendant

                                                  <u>ORDER</u>

    The stipulation above is approved.

IT IS SO ORDERED.

    Dated:   **January 24, 2014**                   _____
                                              UNITED STATES MAGISTRATE JUDGE