# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLESETTA LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:13-cv-01054-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE ADMINISTRATIVE TRANSCRIPT<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Charlesetta Lee ("Plaintiff") is proceeding pro se in this action appealing the final decision of Defendant Commissioner of Social Security ("Defendant").  The Court's records show that Defendant lodged a copy of the administrative transcript in this case on February 24, 2014.  (ECF No. 14.)  However, Defendant has yet to file a copy of the administrative record in electronic format, as required by the Court's scheduling order.  (See Scheduling Order ¶ 2.)

///
///
///
///
///
///

1

1 | Accordingly, Defendant is HEREBY ORDERED to file a copy of the administrative record within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **June 24, 2014**

UNITED STATES MAGISTRATE JUDGE

2