UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLESETTA LEE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 1:13-cv-01054-SAB<br><br>ORDER FOR AWARD OF EAJA FEES |

Pursuant to the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **FOUR THOUSAND EIGHT HUNDRED DOLLARS** ($4,800.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated:   **November 18, 2014**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE